# EICHEN CRUTCHLOW ZASLOW, LLP
## ATTORNEYS AT LAW

BARRY R. EICHEN ✤§∆
WILLIAM O. CRUTCHLOW ✤
DARYL L. ZASLOW ✤
THOMAS F. RINALDI ±
CHRISTOPHER J. CONRAD
Robert J. Banas §
ADAM P. SCALICE
HANNA C. EICHEN
GARY G. MINASSIAN
SHAILESH DESHPANDE ± (OF COUNSEL)

40 ETHEL ROAD
EDISON, NEW JERSEY 08817

TEL: (732) 777-0100
FAX: (732) 248-8273
www.njadvocates.com

AFFILIATE OFFICES
TOMS RIVER

May 25, 2023

**Via ECF**
The Honorable Judge Peter G. Sheridan
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case Name:    Washington v. Ellis, et al.
    Case No.:    3:17-cv-07243-PGS-TJB

Dear Judge Sheridan:

    I write to respectfully request to be removed from all future written and electronic communication in this matter. Your Honor granted my client summary judgement on February 19, 2020. Since that time, I no longer represent the defendant, Dr. Michael Deehan as I am with a new law firm and am no longer involved in his representation.

                                     Respectfully submitted,

                                     *s/ Robert J. Banas*
                                     ROBERT J. BANAS, ESQ.

SO ORDERED: [signature Peter G. Sheridan]
DATED: 6/5/23

± Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
Also Admitted To Practice Law In: ∆ Florida, ± New York, § Pennsylvania